**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

200 FEDERAL PLAZA
ROOM 130
PATERSON, NJ
(973) 357-4080
FAX: (973) 357-4092

April 2, 2012

**Mailing Address:**

50 WALNUT STREET
ROOM 1001
P.O. BOX 459
NEWARK, NJ 07101-0459

www.njp.uscourts.gov

The Honorable Dickinson R. Debevoise
Senior United States District Court Judge
Martin Luther King Jr. Federal Building and Courthouse
50 Walnut Street, Room 5083
Newark, New Jersey 07102

> RE: **ROSELLE, Louis**
> Dkt. No.: 10-CR-495
>
> **REQUEST TO RELEASE**
> **FILE INFORMATION**

Dear Judge Debevoise:

On May 3, 2011, the above-mentioned offender appeared before Your Honor for sentencing upon being convicted of being a felon in possession of a weapon. Roselle was sentenced to serve twelve months and one day custody, and was placed on supervised release for three (3) years. While on supervision, the offender was ordered to comply with special conditions of alcohol/drug testing and treatment, prohibition on gang/criminal associations, mental health treatment, and was prohibited from incurring new debt or opening new lines of credit. Lastly, Roselle was ordered to pay a special assessment of $100.

The offender was released from custody on December 16, 2011, and has been under the supervision of the undersigned officer to date.

The undersigned received a letter from Bergen County Probation Officer Jason Martinez on March 29, 2012, advising that Roselle pled guilty on March 5, 2012, to the state offense of theft, which predated the supervision term. He is scheduled for sentencing before Bergen County Superior Court Judge Patrick J. Roma.

Probation Officer Martinez is preparing the pre-sentence report for the upcoming sentencing and is requesting that we provide a copy of the federal pre-sentence report initially prepared for Your Honor, as well as the offender's adjustment to supervision to date.

We are respectfully requesting the Court's permission to release the aforementioned documents from the offender's file and have attached the referenced letter for the Court's perusal. If you need further information or the Court would like to discuss this matter in greater detail, we remain available at the Court's convenience.

The Honorable Dickinson R. Debevoise
page 2

Very truly yours,

Wilfredo Torres, Chief
U.S. Probation Officer

*Kevin J Mullens*

By: Kevin J. Mullens
Senior U.S. Probation Officer

Approved    X

Denied    _____

_____
The Honorable Dickinson R. Debevoise, Sr. U.S.D.J.

April 4, 2012
Date

/kjm