PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Louis Roselle                         Cr.: 10-00495-001
                                                        PACTS No: 57609

Name of Sentencing Judicial Officer: Honorable Dickinson R. Debevoise, Sr. U.S. District Judge

Date of Original Sentence: 05/03/11

Original Offense: Felon in Possession of a Firearm

Original Sentence: 12 months and 1 day imprisonment; 3 years supervised release; $100 special assessment. Special conditions: Drug/alcohol testing and/or treatment; gang restriction; mental health evaluation; debt restriction.

Type of Supervision: Supervised Release                 Date Supervision Commenced: 12/16/11

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On December 29, 2012, Roselle was arrested by the Elizabeth Police Department and charged with eluding and numerous motor vehicle summonses. The charges are pending in New Jersey Superior Court, Union County. |

U.S. Probation Officer Action:

The Probation Office has intensified supervision efforts to include increased office and community contacts with the offender. Our office recommends withholding Court action until disposition of the pending matter, or until such time as immediate court action becomes necessary. We will keep the Court informed of any additional instances of noncompliance.

Respectfully submitted,

**Maureen Kelly**
Digitally signed by Maureen Kelly
DN: cn=Maureen Kelly, o, ou=Supervising U.S. Probation Officer,
email=Maureen_Kelly@NJP.uscourts.gov, c=US
Date: 2013.01.14 18:36:15 -05'00'

By: Anthony J. Nisi
    U.S. Probation Officer
Date: 01/14/13

PROB 12A - Page 2
Federico A. Montanez

[✗] Withhold Court Action
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

_____
January 22, 2013
Date